## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **THOMAS EWERS,** *et al.* **on behalf of himself and others similarly situated** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** 3:16CV00029 |
| **CITY OF PETERSBURG, VIRGINIA,** | |
| **Defendant.** | |

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name    *Thomas H. Ewers*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **THOMAS EWERS,** *et al.* on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>**v.**<br><br>**CITY OF PETERSBURG, VIRGINIA,**<br><br>Defendant. | CIVIL ACTION NO. 3:16CV00029 |

**CONSENT TO BECOME PARTY TO
COLLECTIVE ACTION UNDER 29 U.S.C. § 216**

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
JAMES APONTE
Printed Name

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **THOMAS EWERS,** *et al.* **on behalf of himself and others similarly situated**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF PETERSBURG, VIRGINIA,**<br><br>**Defendant.** | **CIVIL ACTION NO.** 3:16cv00029 |

**CONSENT TO BECOME PARTY TO**
**COLLECTIVE ACTION UNDER 29 U.S.C. § 216**

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**THOMAS EWERS,** *et al.* **on behalf of himself and others similarly situated**

         **Plaintiff,**

**v.**

**CITY OF PETERSBURG, VIRGINIA,**

         **Defendant.**

**CIVIL ACTION NO.** 3:16CV00029

---

### CONSENT TO BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).


_____
Signature


EMANUEL JAMES BINSFORD III
Printed Name

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **THOMAS EWERS,** *et al.* **on behalf of himself and others similarly situated** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** 3:16CV00029 |
| **CITY OF PETERSBURG, VIRGINIA,** | |
| **Defendant.** | |

### CONSENT TO BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **THOMAS EWERS**, *et al.* on behalf of himself and others similarly situated<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF PETERSBURG, VIRGINIA,**<br><br>**Defendant.** | **CIVIL ACTION NO.** 3:16CV00029 |

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **THOMAS EWERS**, *et al.* on behalf of himself and others similarly situated<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF PETERSBURG, VIRGINIA,**<br><br>**Defendant.** | **CIVIL ACTION NO.** 3:16CV00029 |

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **THOMAS EWERS,** *et al.* **on behalf of himself and others similarly situated**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF PETERSBURG, VIRGINIA,**<br><br>**Defendant.** | **CIVIL ACTION NO.** 3:16cvcv0029 |

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **THOMAS EWERS**, *et al.* on behalf of himself and others similarly situated | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** 3:16CV00029 |
| **CITY OF PETERSBURG, VIRGINIA,** | |
| **Defendant.** | |

### CONSENT TO BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

JAMES L. DARRINGTON
Printed Name

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

| | |
|---|---|
| THOMAS EWERS, *et al.* on behalf of himself and others similarly situated | |
| **Plaintiff,** | |
| v. | CIVIL ACTION NO. 3:16CV00029 |
| CITY OF PETERSBURG, VIRGINIA, | |
| **Defendant.** | |

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

Leslie A. DeLuca
_____
Printed Name

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **THOMAS EWERS,** *et al.* on behalf of himself and others similarly situated | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** 3:16CV00029 |
| **CITY OF PETERSBURG, VIRGINIA,** | |
| **Defendant.** | |

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_Keith Dennis_____
Signature

_Keith Dennis_____
Printed Name

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **THOMAS EWERS,** *et al.* on behalf of himself and *others similarly situated* | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** 3:16CV00029 |
| **CITY OF PETERSBURG, VIRGINIA,** | |
| **Defendant.** | |

**CONSENT TO BECOME PARTY TO**
**COLLECTIVE ACTION UNDER 29 U.S.C. § 216**

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **THOMAS EWERS,** *et al.* **on behalf of himself and others similarly situated**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF PETERSBURG, VIRGINIA,**<br><br>**Defendant.** | **CIVIL ACTION NO.** 3:16CV00029 |

**CONSENT TO BECOME PARTY TO**
**COLLECTIVE ACTION UNDER 29 U.S.C. § 216**

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

Robert W. Elkins
Printed Name

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **THOMAS EWERS,** *et al.* on behalf of himself and others similarly situated<br><br>**Plaintiff,**<br><br>v.<br><br>**CITY OF PETERSBURG, VIRGINIA,**<br><br>**Defendant.** | **CIVIL ACTION NO.** 3:16CV00029 |

**CONSENT TO BECOME PARTY TO**
**COLLECTIVE ACTION UNDER 29 U.S.C. § 216**

    I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Robert Ferguson
Printed Name

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

| | |
|---|---|
| **THOMAS EWERS**, *et al.* on behalf of himself and others similarly situated<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF PETERSBURG, VIRGINIA,**<br><br>**Defendant.** | **CIVIL ACTION NO.** 3:16CV00029 |

### CONSENT TO BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name
GREGORY P GEIST

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **THOMAS EWERS,** *et al.* **on behalf of himself and others similarly situated** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** 3:16CV00029 |
| **CITY OF PETERSBURG, VIRGINIA,** | |
| **Defendant.** | |

## CONSENT TO BECOME PARTY TO
## <u>COLLECTIVE ACTION UNDER 29 U.S.C. § 216</u>

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

THOMAS EWERS, *et al.* on behalf of himself and
others similarly situated

                              Plaintiff,

v.

CIVIL ACTION NO. 3:16cv00029

CITY OF PETERSBURG, VIRGINIA,

                              Defendant.

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

Sherrie L. Johnson
_____
Printed Name

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| **THOMAS EWERS,** *et al.* on behalf of himself and others similarly situated | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** 3:16CV00029 |
| **CITY OF PETERSBURG, VIRGINIA,** | |
| **Defendant.** | |

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name  Kimberly E. Landon

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **THOMAS EWERS**, *et al.* on behalf of himself and others similarly situated<br><br>         Plaintiff,<br><br>**v.**<br><br>**CITY OF PETERSBURG, VIRGINIA,**<br><br>         Defendant. | CIVIL ACTION NO. 3:16CV00029 |

CONSENT TO BECOME PARTY TO
COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

ERIC R. McCall
_____
Printed Name

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

|  |  |
|---|---|
| THOMAS EWERS, *et al.* on behalf of himself and others similarly situated<br><br>       **Plaintiff,**<br><br>**v.**<br><br>CITY OF PETERSBURG, VIRGINIA,<br><br>       **Defendant.** | CIVIL ACTION NO. 3:16CV00029 |

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_John H. McCallm_
Signature

_John H. McClellan_
Printed Name

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THOMAS EWERS, *et al.* on behalf of himself and
others similarly situated

                                   Plaintiff,

v.                                                                CIVIL ACTION NO. 3:16CV00029

CITY OF PETERSBURG, VIRGINIA,

                                   Defendant.

CONSENT TO BECOME PARTY TO
COLLECTIVE ACTION UNDER 29 U.S.C. § 216

    I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name   NaShaylen Nelson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| THOMAS EWERS, *et al.* on behalf of himself and others similarly situated **Plaintiff,** **v.** **CITY OF PETERSBURG, VIRGINIA,** **Defendant.** | CIVIL ACTION NO. 3:16CV00029 |

### CONSENT TO BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name    David R. Reese III

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

| | |
|---|---|
| **THOMAS EWERS**, *et al.* **on behalf of himself and others similarly situated** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** 3:16CV00029 |
| **CITY OF PETERSBURG, VIRGINIA,** | |
| **Defendant.** | |

### CONSENT TO BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_Joseph Vaughan_____
Signature

_Joseph Vaughan_____
Printed Name

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **THOMAS EWERS**, *et al.* on behalf of himself and others similarly situated<br><br>**Plaintiff,**<br><br>v.<br><br>**CITY OF PETERSBURG, VIRGINIA,**<br><br>**Defendant.** | CIVIL ACTION NO. 3:16CV00029 |

**CONSENT TO BECOME PARTY TO**
**COLLECTIVE ACTION UNDER 29 U.S.C. § 216**

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

JOHN F. WALDRON

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **THOMAS EWERS,** *et al.* on behalf of himself and others similarly situated | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 3:16cv00029** |
| **CITY OF PETERSBURG, VIRGINIA,** | |
| **Defendant.** | |

## CONSENT TO BECOME PARTY TO
## <u>COLLECTIVE ACTION UNDER 29 U.S.C. § 216</u>

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

ANDREA WALKER
_____
Printed Name

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **THOMAS EWERS,** *et al.* **on behalf of himself and others similarly situated** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** 3:16CV00029 |
| **CITY OF PETERSBURG, VIRGINIA,** | |
| **Defendant.** | |

**CONSENT TO BECOME PARTY TO**
**COLLECTIVE ACTION UNDER 29 U.S.C. § 216**

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

CHRISTOPHER   M.   Womack
Printed Name

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **THOMAS EWERS,** *et al.* **on behalf of himself and others similarly situated** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** 3:16CV00029 |
| **CITY OF PETERSBURG, VIRGINIA,** | |
| **Defendant.** | |

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_Laurie Womack_____
Signature

_Laurie Womack_____
Printed Name

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **THOMAS EWERS**, *et al.* on behalf of himself and others similarly situated<br><br>                          **Plaintiff,**<br><br>**v.**<br><br>**CITY OF PETERSBURG, VIRGINIA,**<br><br>                          **Defendant.** | **CIVIL ACTION NO.** 3:16CV00029 |

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

John E Woyansky